# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

153696

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID ALLEN SNYDER,
     Defendant-Appellant.

         SC: 153696
         COA: 325449
         Gratiot CC: 14-007061-FH

_____/

On March 6, 2019, the Court heard oral argument on the application for leave to appeal the February 18, 2016 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.305(H)(1). In lieu of granting leave to appeal, it appearing to this Court that the case of *People v Betts* (Docket No. 148981) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



t0612

                      Clerk